UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   - against -<br><br>NEW YORK STATE DEPARTMENT OF<br>CORRECTIONAL SERVICES,<br><br>       Defendant. | 08-CV-4419(SAS)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

   PLEASE TAKE NOTICE that Andrew M. Cuomo, Attorney General of the State of New York, by Barbara K. Hathaway, Assistant Attorney General, shall appear as counsel of record for defendant New York State Department of Correctional Services in the above referenced action.

Dated:   New York, New York
         May 21, 2008

                          ANDREW M. CUOMO
                          Attorney General of the
                            State of New York
                          Attorney for Defendant


                          By: S/_____
                          Barbara K. Hathaway (BH 0441)
                          Assistant Attorney General
                          120 Broadway – 24th Floor
                          New York, New York 10271
                          (212) 416-8560

TO:   Wendy H. Waszmer, Esq.
      Assistant United States Attorney
      86 Chambers Street
      New York, NY 10007
      *Attorney for Plaintiff*